1

2

3

4

5

6

7            IN THE UNITED STATES DISTRICT COURT FOR THE

8                    EASTERN DISTRICT OF CALIFORNIA

9

10   WILLIAM COON,                    )    NO. 1:10-cv-01345 GSA PC
                                      )
11              Plaintiff,            )    ORDER DISMISSING ACTION
                                      )
12        v.                          )
                                      )
13   A. ENENMOH, et al.,              )
                                      )
14              Defendants.           )
     _____)

15

16        Plaintiff is a state prisoner proceeding pro se.  Plaintiff seeks relief pursuant to 42 U.S.C.

17   § 1983.  Plaintiff has consented to magistrate judge jurisdiction pursuant to 28 U.S.C. §

18   636(c)(1).

19        By order filed September 21, 2011, the operative complaint was dismissed for failure to

20   state a claim.  Plaintiff was granted leave to file an amended complaint, and directed to do so

21   within thirty days.  Plaintiff has not filed an amended complaint.

22        In the September 21, 2011, order the Court informed Plaintiff of the deficiencies in his

23   complaint, and dismissed the complaint on the ground that Plaintiff had failed to state a claim

24   upon which relief could be granted.  Because Plaintiff has not filed an amended complaint, the

25   Court dismisses the claims made in the original complaint with prejudice for failure to state a

26   federal claim upon which the court could grant relief.  See Noll v. Carlson, 809 F. 2d 1446, 1448

27   (9th Cir. 1987) (prisoner must be given notice of deficiencies and opportunity to amend prior to

28

1   dismissing for failure to state a claim).

2       Accordingly, IT IS HEREBY ORDERED that this action is dismissed for failure to state

3   a claim upon which relief can be granted.   The Clerk is directed to close this case.

4

5

6

7

8       IT IS SO ORDERED.

9   **Dated:**   **October 24, 2011**          **/s/ Gary S. Austin**
                                             UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                          2